UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

Case No.  CV 10-1729-PLA                                         Date June 10, 2010

Title: Vincent Morris v. JD Enterprise and Financial Services

---

PRESENT: THE HONORABLE    PAUL L. ABRAMS

☐ U.S. DISTRICT JUDGE
☒ MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

ATTORNEYS PRESENT FOR PLAINTIFFS:       ATTORNEYS PRESENT FOR DEFENDANTS:
              NONE                                                   NONE

**PROCEEDINGS:**         **(IN CHAMBERS)**

Plaintiff is ordered to show cause in writing **no later than June 18, 2010**, why this action should not be dismissed for lack of prosecution. Filing of either an Answer by defendant or plaintiff's request for entry of default shall be deemed compliance with this Order to Show Cause.

**IT IS SO ORDERED**.

cc:      Counsel of Record

Initials of Deputy Clerk____ch____

CV-90 (10/98)                                    CIVIL  MINUTES  -  GENERAL